Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
HAYWARD PLLC
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone/Fax: (972) 755-7100

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD.,<br><br>Appellants,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Appellee. | Civil Case No. 3:23-cv-01503-G |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND OTHER PAPERS

PLEASE TAKE NOTICE that Hayward PLLC appears on behalf of appellee and reorganized debtor Highland Capital Management, L.P., as local counsel pursuant to Local Civil Rule 83.10. Any document or other information required to be served on counsel pursuant to the

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, this Court's Local Civil Rules, or applicable orders of this Court should be sent to:

> Hayward PLLC
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas 75231
> Attn: Melissa S. Hayward
> Telephone/Facsimile: (972) 755-7100
> Email: MHayward@HaywardFirm.com

DATED: July 7, 2023

>Respectfully submitted,
>
>**HAYWARD PLLC**
>
>By: */s/ Melissa S. Hayward*
>   Melissa S. Hayward
>   Texas Bar No. 24044908
>   MHayward@HaywardFirm.com
>   Zachery Z. Annable
>   Texas Bar No. 24053075
>   ZAnnable@HaywardFirm.com
>10501 N. Central Expy, Ste. 106
>Dallas, Texas 75231
>Telephone/Fax: (972) 755-7100
>
>**COUNSEL FOR HIGHLAND CAPITAL MANAGEMENT, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 7, 2023, a true and correct copy of the foregoing *Notice of Appearance* was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

>*/s/ Melissa S. Hayward*
>Melissa S. Hayward