# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Charitable DAF Fund, L.P., et al
Plaintiff

v.

3:23-cv-01503-G
Civil Action No.

Highland Capital Management, L.P., et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

The Charitable DAF Fund, L.P. and CLO Holdco, Ltd.

provides the following information:

    For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

    Charitable DAF Fund, L.P. is the parent of CLO Holdco, Ltd.

    A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

The Dallas Foundation, Greater Kansas City Community Foundation, Santa Barbara Foundation, The Community Foundation of North Texas (CFNT), Highland Dallas Foundation, Inc., Highland Kansas City Foundation, Inc., Highland Santa Barbara Foundation, Inc., HCMLP Charitable Fund, Charitable DAF Holdco, Ltd., Charitable DAF Fund, L.P., CLO Holdco, Ltd.

| | |
|---|---|
| Date: | July 13, 2023 |
| Signature: | /s/ Mazin A. Sbaiti |
| Print Name: | Mazin A. Sbaiti |
| Bar Number: | 24058096 |
| Address: | 2200 Ross Avenue, Suite 4900W |
| City, State, Zip: | Dallas, TX  75201 |
| Telephone: | 214-432-2899 |
| Fax: | 214-853-4367 |
| E-Mail: | mas@sbaitilaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons