# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | Case No. 19-34054-sgj11 |
| Debtor. | § § § | |
| CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD., | § § § | |
| Appellants, | § § | |
| v. | § § | Case No. 3:23-CV-1503-B |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Appellee. | § § § § | |

## ORDER

Having considered Appellants' *Unopposed Motion for Extension of Time to File Appellants' Opening Brief,* the Court finds and concludes that the relief requested by Appellants in the Motion is warranted.

IT IS ORDERED that the deadline for Appellants to file their opening brief is extended to and including November 1, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable David C. Godbey
United States District Judge