Case No. 3:23-cv-1503-B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

In re: HIGHLAND CAPITAL MANAGEMENT, L.P.,

Reorganized Debtor.

---

CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD., directly and derivatively,

                Appellants,

v.

HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., and HIGHLAND CLO FUNDING, LTD., nominally,

Appellees.

---

On Appeal from the United States Bankruptcy Court for the Northern
District of Texas, Dallas Division, Adv. Pro. No. 21-03067-sgj
Hon. Stacey G. C. Jernigan

---

### APPELLEE'S CERTIFICATE OF INTERESTED PERSONS
### PURSUANT TO LOCAL BANKRUPTCY RULE 8012.1

---

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Melissa S. Hayward (Texas Bar No. 24044908) |
| John A. Morris (NY Bar No. 2405397) | Zachery Z. Annable (Texas Bar No. 24053075) |
| Gregory V. Demo (NY Bar No. 5371992) | 10501 N. Central Expy, Ste. 106 |
| Hayley R. Winograd (NY Bar No. 5612569) | Dallas, Texas 75231 |
| 10100 Santa Monica Blvd., 13th Floor | Telephone: (972) 755-7100 |
| Los Angeles, CA 90067 | Facsimile: (972) 755-7110 |
| Telephone: (310) 277-6910 | |
| Facsimile: (310) 201-0760 | |

*Counsel for Highland Capital Management, L.P.*

Highland Capital Management, L.P. (the "Appellee" or "Reorganized Debtor"), appellee in the above-referenced matter, hereby submits the following *Certificate of Interested Persons* (the "CIP") pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas:

1. Appellee Highland Capital Management, L.P., the Reorganized Debtor in the bankruptcy case captioned *In re Highland Capital Management, L.P.*, case no. 19-34054-sgj11 (the "Bankruptcy Case"), pending in the United States Bankruptcy Court of the Northern District of Texas.

2. Appellants Charitable DAF Fund, L.P. and CLO Holdco, Ltd., and their counsel, Sbaiti & Company PLLC (Mazin A. Sbaiti and Jonathan Bridges).

The Reorganized Debtor reserves the right to amend or supplement this CIP as and if necessary or appropriate.

[*Remainder of Page Intentionally Blank*]

Dated: December 22, 2023 **PACHULSKI STANG ZIEHL & JONES LLP**

        Jeffrey N. Pomerantz (CA Bar No. 143717)
        John A. Morris (NY Bar No. 2405397)
        Gregory V. Demo (NY Bar No. 5371992)
        Hayley R. Winograd (NY Bar No. 5612569)
        10100 Santa Monica Blvd., 13th Floor
        Los Angeles, CA 90067
        Telephone: (310) 277-6910
        Facsimile: (310) 201-0760
        Email:  jpomerantz@pszjlaw.com
                jmorris@pszjlaw.com
                gdemo@pszjlaw.com
                hwinograd@pszjlaw.com

        -and-
        **HAYWARD PLLC**

        */s/ Zachery Z. Annable*
        Melissa S. Hayward (Texas Bar No. 24044908)
        Zachery Z. Annable (Texas Bar No. 24053075)
        10501 N. Central Expy, Ste. 106
        Dallas, Texas 75231
        Telephone: (972) 755-7100
        Facsimile: (972) 755-7110
        Email: MHayward@HaywardFirm.com
               ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on December 22, 2023, the foregoing document was served electronically via the Court's CM/ECF system on those parties registered to receive such service.

                                                          */s/ Zachery Z. Annable*
                                                          Zachery Z. Annable