# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 23, 2025
Lyle W. Cayce
Clerk

No. 24-10880

_____

IN THE MATTER OF HIGHLAND CAPITAL MANAGEMENT, L.P.

*Debtor*,

CHARITABLE DAF FUND, ; CLO HOLDCO, *Limited*,

*Appellants*,

*versus*

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1503

_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 23, 2025, pursuant to appellant's motion.

No. 24-10880

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: */s/ M. Courseault*  
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10880   Charitable DAF Fund v. Highland Capital
                     USDC No. 3:23-CV-1503

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa B. Courseault, Deputy Clerk
                    504-310-7701

cc w/encl:
    Mr. Zachery Z. Annable
    Mr. Jonathan Bridges
    Mr. Gregory Vincent Demo
    Ms. Melissa Sue Hayward
    Mr. John A. Morris
    Mr. Jeffrey N. Pomerantz
    Mr. Griffin Simon Rubin
    Mr. Mazin Ahmad Sbaiti
    Ms. Hayley R. Winograd